■ JOSEPH M. BRUSH, as Administrator of the Estate of SPYRIDON J. PARA-MYTHIOTIS, Deceased, Appellant, v. PENELOPE V. P. VARTHIS, Respondent.— Order denying plaintiff's motion for a temporary injunction unanimously affirmed, with $20 costs and disbursements to the appellant. No opinion. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ In the Matter of MAUREEN BRIDGES, an Infant, by ANN BRIDGES, Her Guardian ad Litem, Respondent, against NEW YORK CITY HOUSING AUTHORITY, Appellant.— Order so far as appealed from affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

## (October 15, 1958)

■ In the Matter of LAWRENCE P. CUCCIA, Appellant, against PAUL E. BRAGDON, an Alleged Successful Candidate for the Democratic Party Nomination for the Public Office of Member of Assembly, 8th Assembly District, New York County, et al., Respondents.— Order unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

## (October 16, 1958)

■ HARRY GREENFIELD, Individually and on Behalf of CLERMONT CRAVAT COMPANY, INC. Appellant-Respondent, v. HARRY B. DENNER et al., Respondents-Appellants, et al., Defendant.— Motions for leave to reargue denied, but motions for leave to appeal to the Court of Appeals granted. Settle orders. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. PATSY POLIMENI.— Motion to dismiss appeal granted. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ EASTERN SEABOARD PLASTICS, INC., v. AMERICAN NEWS COMPANY, INC. — Motion granted insofar as to vacate the order of this court, entered September 18, 1958, and to reinstate the appeal taken by the defendant from the order and judgment of the Supreme Court, New York County, entered April 18, 1958. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ CHARLOTTE GERSHEN v. MACK D. GERSHEN.— Motion denied in all respects, with $10 costs. Defendant, if so advised, may apply at Special Term for an extension of time to answer the complaint. Concur — Breitel, J. P., M. M. Frank, Valente, Stevens and Bergan, JJ.

■ In the Matter of JOHN R. SANDERS, an Attorney.— Motion for reinstatement granted. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.